# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Duane Cox

Case No. Civil 00-1946JRT/ESS

v.

JUDGMENT IN A CIVIL CASE

State of Minnesota, Terry M. Dempsey,
Todd L. Kosovich, Marcia Flohrs and John Does

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that petitioner's objections are overruled; adopting the report and recommendation of the Magistrate Judge and denying petitioner's petition for writ of habeas corpus.

DATE: OCT 1 1 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk